PER CURIAM.

(No. 7080—Claimant )

MINDEL, EUGENE D., M.D., Claimant, *vs.* STATE OF ILLINOIS,
DIVISION OF VOCATIONAL REHABILITATION, Respondent.

*Opinion filed July 9, 1973.*

EUGENE D. MINDEL, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C. J.